JACKSON, *ex dem.* BURNETT, v. KELLER.

Where there are several suits depending between the same parties, and which are included together on the same paper, in one affidavit and notice of a motion, only one bill of costs is allowed to be taxed, on the motion being granted.

THERE were *fourteen* causes at the suit of the same lessor of the plaintiff. A motion had been made, grounded on an affidavit and notice, in which the titles of all the causes were included together. A question was now raised whether

the plaintiff's attorney, his motion having been granted, could have costs taxed in each of the causes.

*Throop*, for the plaintiff.

*Sill*, contra.

*Per Curiam.* Where there are several causes depending, which are included together, on the same paper, in one affidavit and notice, there can be but one bill of costs. Here are fourteen causes, all entitled in one affidavit; and the party is never allowed to make out and have taxed, a separate bill of costs in each cause.